UNITED STATES of America, ex rel. Salvatore GUERRICIA, Relator-Appellant, v. Rudolph REIMER, as Commissioner of Immigration, Port of New York, Ellis Island, Respondent-Appellees.

No. 54.

Circuit Court of Appeals, Second Circuit.
Oct. 21, 1935.

Bennett E. Aron, of Brooklyn, N. Y., for appellant.

F. W. H. Adams, U. S. Atty., of New York City (Henderson Mathews, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

The majority of the court as now constituted differ from the rule announced in United States ex rel. Mignozzi v. Day (C.C.A.) 51 F.(2d) 1019, but reverse the order herein on that authority.

UNITED STATES ex rel. Harry (Gerson) SILBERSTEIN, Relator-Appellant, v. Rudolph REIMER, as Commissioner, etc., Respondent-Appellee.

No. 200.

Circuit Court of Appeals, Second Circuit.
Dec. 2, 1935.

Max Seidenbaum, of Brooklyn, N. Y., for appellant.

Lamar Hardy, U. S. Atty., of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed in open court.